# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Valentin A. Corrales,

    Petitioner

v.

Calvin Johnson, et al.,

    Respondents

Case No. 2:22-cv-00942-JAD-BNW

**Order Dismissing Case Without Prejudice**

[ECF Nos. 1-1, 1-2]

Petitioner Valentin A. Corrales, a *pro se* Nevada prisoner, did not properly commence an action in this Court. He failed to (1) file a petition stating grounds for relief; and (2) either pay the standard filing fee or file a complete application for leave to proceed in forma pauperis. Corrales filed motions for appointment of counsel and for an evidentiary hearing (ECF Nos. 1-1 and 1-2) in which he referred to a petition pursuant to 28 U.S.C. § 2254 but failed to file a petition. On June 13, 2022, the Clerk of the Court sent Corrales two copies of 2254 petition forms, however, Corrales has not filed a petition. The Court does not have sufficient information to rule on the motions without a corresponding petition.

    IT IS THEREFORE ORDERED that the motions for appointment of counsel and for an evidentiary hearing **[ECF No. 1-1 and 1-2] are DENIED** without prejudice.

    IT IS FURTHER ORDERED that **this action is DISMISSED WITHOUT PREJUDICE** based on the failure to file a petition under 28 U.S.C. § 2254, or other lawful petition, and the standard filing fee or an application for leave to proceed in forma pauperis.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED** because jurists of reason would not find the dismissal of this action under these circumstances debatable or wrong.

    IT IS FURTHER ORDERED that the Clerk of the Court is directed to **ENTER FINAL JUDGMENT** and **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 26, 2022