**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Valentin A. Corrales,<br><br>  Petitioner<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>  Respondents | Case No. 2:22-cv-00942-JAD-BNW<br><br>**Order Denying Motion for Enlargement of Time Without Prejudice Because Case is Closed**<br><br>[ECF No. 5] |

   Petitioner Valentin A. Corrales, a *pro se* Nevada prisoner, did not properly commence an action in this Court because he failed to (1) file a petition stating grounds for relief and (2) either pay the standard filing fee or file a complete application for leave to proceed *in forma pauperis* ("IFP"). Although Corrales filed motions for appointment of counsel and for an evidentiary hearing[1] in which he referred to a petition under 28 U.S.C. § 2254, he did not file a petition. On June 13, 2022, the Clerk of the Court sent Corrales two copies of 2254 petition forms, but Corrales did not file a petition. On July 26, 2022, the Court dismissed this action without prejudice, entered judgment, and closed this case.[2]

   On August 17, 2022, Corrales filed a Motion for Enlargement of Time requesting an extension of time to file an IFP application.[3] Unfortunately, Corrales may no longer file documents in this case because it is a closed case.

   IT IS THEREFORE ORDERED that the motion for enlargement of time **[ECF No. 5] is DENIED WITHOUT PREJUDICE** because this case is now closed. If Corrales wishes to submit any filings or requests for relief, he must present them in a new case with a new case

---

[1] ECF Nos. 1-1 and 1-2.

[2] ECF No. 4.

[3] ECF No. 5.

number and submit proper documents to initiate the case.  **Corrales may no longer file any documents in this closed case**, except for a motion seeking reconsideration of this order or relief from the judgment entered.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: 8/22/2022